**UNITED STATES DISTRICT COURT**        **Courtroom 840**
**EASTERN DISTRICT OF NEW YORK**      DATE: 6/11/2020
                                     TIME:.  2:00

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: 20-639 Purvis v. Golden Bell Entertainment, LLC
Telephone pre-motion conference

APPEARANCES:       Plaintiff:  Kyle Kunst
.

                      Defendant:     Michael Sarney, Michael Schwab
COURT REPORTER/FTR**#: AT&T Conferencing 2:00-2:33

        **Motion for:**      **dismiss counterclaims #15**
        **Movant:**         **plaintiffs**

Case called.

☒      Counsel for all sides present.

☒      Pre-motion conference held.

               ☐Parties to meet and confer and submit a schedule within 2 weeks.

               ☐Motion Schedule set.    Motion served by:
                                 Response served by:
                                 Reply and all papers filed by:

☐      Discovery to proceed while motion is pending. Parties to contact Magistrate
          Judge assigned to the case to schedule an Initial Conference.

☐      Choose an item.

☒      Motion argued.

☒      The Court deems the motion made.

☐      Motion is  Choose an item.(** No written decision**)

☒      Other: Motion is granted in part and denied in part.  Case referred to Mediation.

The parties will file a status letter within 2 weeks of completion.

☐      The parties are to submit order on notice to all parties.

☐      Settlement discussed. Choose an item.

☐      Jury Selection and trial set for:
               Joint pretrial order due by:

\*\* To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.